# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

BORTON & SONS, INC., a Washington Corporation,

        Plaintiff,

        v.

NOVAZONE, INC., n/d/b/a PURFRESH, INC., a California Corporation,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-3016-EFS

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff, Borton & Sons, Inc., recover from the Defendant, Novazone, Inc., n/d/b/a Purfresh, Inc., the amount of $770,000.00, with post-judgment interest as specified by 28 USC § 1961, and to-be-awarded costs.

March 18, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas