AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BORTON & SONS, INC.,
a Washington corporation,

                Plaintiff,

                v.

NOVAZONE, INC., n/d/b/a PURFRESH, INC.,
a California corporation,

                Defendant.

SECOND AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-3016-RHW

[x] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[ ] **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Plaintiff, Borton & Sons, Inc., recover from the Defendant, Novazone, Inc., n/d/b/a Purfresh, Inc., the amount of $770,000.00 with post-judgment interest as specified by 28 USC § 1961.

September 27, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson